722

be, and the same is hereby, granted, effective February 16, 1989.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**87-1530, 87-1692.** State v. Manross. *Ashtabula County,* No. 1295. On motion for stay. Stay denied, effective February 22, 1989.

**88-1484.** State, ex rel. Draper, v. Kane. *Hamilton County,* No. C-880200. On motion to substitute parties and on request for extension. Motion and extension granted.

**88-1900.** State, ex rel. Coyne, v. Todia. In Prohibition. On motion to supplement evidence and on motion to designate defenses as counterclaims. Motions granted.

**89-25.** Hughes v. Brown. *Franklin County,* No. 88AP-212. On motion for stay and request for extension of time. Stay granted and request granted.

Holmes, Wright and Resnick, JJ., dissent.

**89-270.** State, ex rel. Doerger, v. Hogan. In Prohibition. On motion for stay. Stay denied, effective February 17, 1989.

**89-292.** Chagrin Falls v. Christian. *Cuyahoga County,* No. 54738. On motion for stay. Stay denied, effective February 17, 1989.

Sweeney, Wright and H. Brown, JJ., dissent.

## MOTION DOCKET

**84-620.** State v. Sherrills. *Cuyahoga County,* No. 46602. On motion for more definite statement. Motion denied.

**86-1846.** State v. Hamblin. *Cuyahoga County,* No. 49975. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies, IT IS ORDERED by the court that said motion